**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Allen J. Gathings, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-000358

Appeal from Marlboro County
Thomas A. Russo, Circuit Court Judge

Memorandum Opinion No. 2019-MO-004
Submitted September 17, 2018 – Filed January 16, 2019

**DISMISSED AS IMPROVIDENTLY GRANTED**

Appellate Defender Susan B. Hackett, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Johnny Ellis James Jr., both of Columbia, for Respondent.

**PER CURIAM:** We granted a writ of certiorari to review the Post-Conviction Relief ("PCR") court's dismissal of Petitioner Allen J. Gathings' application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**